UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **KENNEDY REYES,** | : | CIV. NO. 22-4519 (SDW) |
| | : | |
| Petitioner | : | |
| v. | : | **MEMORANDUM OPINION** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Respondent | : | |

**IT APPEARING THAT:**

1. On or about July 15, 2022, Petitioner Kennedy Reyes, a former federal prisoner transferred to home confinement in Ridgefield, New Jersey, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, alleging that the Bureau of Prisons failed to apply his earned time credits under the First Step Act, which, if applied, would entitle him to early supervised release. (ECF No. 1).

2. On September 7, 2022, this Court ordered Respondent to file an answer to the habeas petition. (ECF No. 2).

3. This matter comes before the Court upon Respondent's letter request to dismiss this action as moot, upon the Declaration of Eva Baker-Dykstra, Paralegal Specialist for the Federal Bureau of Prisons ("BOP"), stating that on October 11, 2022, Petitioner Kennedy Reyes was released from BOP custody upon application of his earned Time Credits under the First Step Act and completion of his sentence. (ECF No. 4-1, ¶ 5).

4. When a prisoner seeks habeas relief from imprisonment because the respondent failed to award earned credits against the prisoner's sentence, the habeas petition becomes moot when the prisoner is released upon completion of his prison sentence. *Scott v. Holt*, 297 F. App'x 154, 156 (3d Cir. 2008). Petitioner was awarded his First Step Act earned Time Credits and released upon completion of his sentence. Therefore, this Court will dismiss the habeas petition as moot.

An appropriate order follows.

Dated: October 24, 2022

Hon. Susan D. Wigenton,
United States District Judge